# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW SHACHNO and JACKSON GAGE, *individuals, on behalf of themselves and on behalf of all persons similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC., et al.,<br><br>Defendants. | Case No. 22-cv-1215-MMA (JLB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING ON MOTION TO REMAND**<br><br>[Doc. No. 12] |

On September 16, 2022, Plaintiffs Matthew Shachno and Jackson Gage ("Plaintiffs") filed a motion to remand, which is currently set for hearing on October 17, 2022.  Doc. No. 10.  On September 22, 2022, Plaintiffs and Defendant Marriott International, Inc. ("Defendant") filed a joint motion to vacate and reset the hearing.  Doc. No. 12.  Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion.  Accordingly, Defendant's response is due on or before **October 17, 2022**.  Any reply by Plaintiffs is due on or before **October 24, 2022**.

The Court further **VACATES** the currently scheduled October 17, 2022 hearing on Plaintiffs' motion to remand. Upon completion of the briefing, the Court will take the matter under submission pursuant to Civil Local Rule 7.1.d.1 and issue a written ruling in due course.

**IT IS SO ORDERED**.

Dated: September 22, 2022

HON. MICHAEL M. ANELLO
United States District Judge