UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW SHACHNO, an individual, on behalf of himself and all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.:  22-CV-1215 TWR (JLB)<br><br>**ORDER EXTENDING STAY**<br><br>(ECF No. 56) |

Presently before the Court is the Joint Status Report, which the Parties filed on June 29, 2023, following the expiration of the stay of this action on June 8, 2023. (*See generally* ECF No. 56.)  Through the Joint Status Report, the Parties "request that this matter remain stayed and a Status Conference/OSC re: Settlement be set 90–120 days from [June 29, 2023]." (*See id.* at 4.)  On July 11, 2023, the Honorable Jill L. Burkhardt granted the Parties' request in part by setting this matter for a Status Conference on October 13, 2023. (*See generally* ECF No. 57.)

This Court now considers the Parties' request for an extension of the stay of this action. "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for

itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936).  On April 18, 2023, the Court granted the Parties' Joint Motion to Stay Case Pending June 8, 2023 Mediation.  (*See* ECF No. 55; *see also* ECF No. 54.)  On June 8, 2023, the Parties attended a private mediation "to explore global resolution of this class action case, along with resolution of three other related cases," but the Parties are still "continuing to negotiate the terms of the settlement."  (*See* ECF No. 56 at 3–4.)  Good cause appearing, the Court **GRANTS** the Parties' joint request and **STAYS** this action until October 13, 2023.

    **IT IS SO ORDERED.**

Dated:  July 11, 2023

Honorable Todd W. Robinson
United States District Judge